### COLE v. THE STATE. KING v. THE STATE.

BECK, J. 1. These two cases are controlled in principle by the case of *Moran* v. *State,* ante.

2. Where the only effect which evidence offered as newly discovered, in support of a motion for a new trial, is to impeach the testimony of a witness, the new trial will not be granted, under the oft-repeated rulings of this court.

3. The evidence in each case amply supported the verdict, and no errors of law were committed by the trial judge.

*Judgment affirmed in each case. All the Justices concur.*

Argued February 20,—Decided March 22, 1906.

Indictment for robbery. Before Judge Mitchell. Lowndes superior court. January 5, 1906.

*G. A. Whitaker,* for plaintiff in error.

*W. E. Thomas, solicitor-general,* contra.